**48C04-1903-CT-000032**

Madison Circuit Court 4

Filed: 3/4/2019 1:32 PM
Clerk
Madison County, Indiana

STATE OF INDIANA    )       IN THE MADISON COUNTY SUPERIOR COURT
                )   SS:      CIVIL DIVISION
COUNTY OF MADISON   )       CAUSE NO.:

TODD W. HALEY,              )
                         )
        Plaintiff,          )
                         )
     v.                    )
                         )
R&S DEVORE TRUCKING INC.,   )
RISING STAR LEASING INC., and  )
DERICK W. HARDISTY,      )
                         )
       Defendants.      )

### <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

Party Classification:       Initiating __X__      Responding _____     Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Todd W. Haley**

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

Name:       Jason A. Shartzer, Attorney No. 23989-49
            SHARTZER LAW FIRM, LLC
Address:    156 E. Market Street
            10th Floor, Suite 1000
            Indianapolis, Indiana 46204
Phone:     (317) 969-7600  Fax: (317) 969-7650

3.    There are other party members: Yes ___ No __X__ (If yes, list on continuation page.)

4.    ***If first initiating party filing this case***, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **CT**

5.    I will accept service by FAX at the above noted #: Yes _____ No __X__

6.    This case involves support issues. Yes _____ No __X__

7.    There are related cases: Yes _____ No __X__ (If yes, list on continuation page)

8.    This form has been served on all other parties. Certificate of Service is attached: Yes ___ No __X__

9.    Additional information required by local rule:

                        /s/ Jason A. Shartzer
                        Attorney for Plaintiff



**48C04-1903-CT-000032**

Filed: 3/4/2019 1:32 PM
Clerk
Madison County, Indiana

Madison Circuit Court 4

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MADISON COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MADISON | ) | CAUSE NO.: |

| | |
|---|---|
| TODD W. HALEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JURY TRIAL REQUESTED** |
| v. | ) |
| | ) |
| R&S DEVORE TRUCKING INC., | ) |
| RISING STAR LEASING INC., and | ) |
| DERICK W. HARDISTY, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Todd W. Haley, by counsel, and for his Complaint for Damages against the Defendants, R&S Devore Trucking Inc., Rising Star Leasing Inc. and Derick W. Hardisty, alleges and asserts that:

1.      At all times mentioned herein, the Plaintiff, Todd W. Haley, was resident of the Martinsville, County of Morgan, State of Indiana.

2.      At all times mentioned herein, the Defendant, Derick Hardesty, was a resident of the City of Havana, County of Mason, State of Illinois.

3.      At all times relevant herein, the Defendant, R&S Devore Trucking Inc., (hereinafter "R&S Devore"), was a corporation of unknown origin and was conducting business within the State of Indiana.

4.      At all times relevant herein, the Defendant, Rising Star Leasing Inc., (hereinafter "Rising Star"), was a corporation of unknown origin and was conducting business within the State of Indiana.

5.      At all times relevant herein the Defendant, Derick W. Hardisty, was an employee,

agent and representative of the Defendants, R&S Devore and Rising Star, and was acting within the scope and course of that employment.

6.      At all times mentioned herein, there was and now is, in the County of Madison, State of Indiana, a public thoroughfare known as Interstate 69, which runs generally in a northerly and southerly direction.

7.      On or about the 2nd day of March, 2017, at approximately 2:15 p.m., Plaintiff, Todd W. Haley, was driving his vehicle southbound on Interstate 69 in Madison County near the 221 mile marker.

8.      At said time and place, the Defendant, Derick Hardisty, who was traveling southbound behind the Plaintiff on Interstate 69, carelessly and negligently failed to keep a proper lookout and caused a rear-end collision with Plaintiff, Todd W. Haley's vehicle.

9.      At said time and place, the Defendants, R&S Devore and Rising Star, by and through its servant, agent representative and/or employee, Derick W. Hardisty, were careless or negligent in one or more of the following respects:

    a. The Defendant, Derick W. Hardisty, carelessly and negligently failed to maintain a proper lookout for other vehicles using the roadway;

    b. The Defendant, Derick W. Hardisty, carelessly and negligently failed to keep his vehicle under proper control so as to avoid causing a collision with Plaintiff's vehicle;

    c. The Defendant, Derick W. Hardisty, carelessly and negligently operated his vehicle at an unreasonable and unsafe speed under the circumstances; and

    d. The Defendant, Derick W. Hardisty, carelessly and negligently failed to change, alter or divert the course of his vehicle so as to avoid causing a collision with the Plaintiff, Todd W. Haley's vehicle.

10.   As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff, Todd W. Haley, sustained personal injuries resulting in pain and suffering.

11.   All of said injuries are permanent, except those which are superficial in nature.

12.   In an attempt to treat his injuries and lessen his pain and suffering, the Plaintiff, Todd W. Haley, has been required to engage the services of hospitals, physicians, and physical therapists for medical care and treatment, medication, and X-rays for which he has incurred reasonable medical expenses.

13.   Plaintiff, Todd W. Haley, may require additional medical care and treatment in the future, for which he will incur additional medical expenses.

14.   At the time of the collision, the Plaintiff, Todd W. Haley, was gainfully employed and, as a result of the collision, the Plaintiff was forced to miss work and he may miss additional work in the future, thereby incurring additional lost wages.

15.   As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff has been damaged.

WHEREFORE, Plaintiff, Todd W. Haley, prays for judgment against the Defendants, R&S Devore Trucking Inc., Rising Star Leasing Inc. and Derick W. Hardisty, in an amount commensurate with his injuries and damages, for the costs of this action, a trial by jury, and for all other just and proper relief in the premises.

Respectfully submitted,


/s/ Jason A. Shartzer
Jason A. Shartzer, Esq. #23989-49
**SHARTZER LAW FIRM,** LLC
156 E. Market Street
10th Floor, Suite 1000
Indianapolis, Indiana 46204
(317) 969-7600
(317) 969-7650 Fax
jshartzer@shartzerlaw.com
*Counsel for Plaintiff*

Filed: 3/4/2019 1:32 PM
Clerk
Madison County, Indiana

**48C04-1903-CT-000032**

Madison Circuit Court 4

# S U M M O N S

STATE OF INDIANA )   IN THE MADISON COUNTY SUPERIOR COURT
              ) SS:   CIVIL DIVISION
COUNTY OF MADISON )   CAUSE NO.:

TODD W. HALEY,                         )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )
                                       )
R&S DEVORE TRUCKING INC.,              )
RISING STAR LEASING INC., and          )
DERICK W. HARDISTY,                    )
                                       )
          Defendants.                  )

**TO DEFENDANT:   Derick W. Hardisty**
               **831 Blue Sky East**
               **Havana, IL 62644**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

*If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317-269-2222), or the Marion County Bar Association Lawyer Referral Service (317-634-3950).

Dated_____  3/4/2019

_____
Clerk, Madison Superior Court   MJS

**(The following manner of service of summons is hereby designated**

 X   Registered or certified mail.

Jason A. Shartzer, #23989-49              156 E. Market Street, Suite 10
SHARTZER LAW FIRM, LLC                    Indianapolis, IN  46204
Counsel for Plaintiff                     (317) 969-7600   (317) 969-7

*(Madison County Clerk seal: MADISON COUNTY CLERK — SEAL — ANDERSON, INDIANA)*

**SHERIFF'S RETURN ON SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the ____ day of _____, 20___.

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

(2)    By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks:_____.

_____
Sheriff's Costs

_____
Sheriff, Madison County

By:_____
           Deputy

**CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of _____, 20___, I mailed a copy of this Summons and a copy of the complaint to the defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:_____

_____
Signature

_____
Printed Name

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ___ day of _____, 20___.

_____
Signature

_____
Printed Name

Filed: 3/4/2019 1:32 PM
Clerk
Madison County, Indiana

**48C04-1903-CT-000032**

Madison Circuit Court 4

# S U M M O N S

STATE OF INDIANA    )       IN THE MADISON COUNTY SUPERIOR COURT

                      )  SS:      CIVIL DIVISION

COUNTY OF MADISON   )        CAUSE NO.:

|  |  |
|---|---|
| TODD W. HALEY, | ) |
|  | ) |
|      Plaintiff, | ) |
|  | ) |
|    v. | ) |
|  | ) |
| R&S DEVORE TRUCKING INC., | ) |
| RISING STAR LEASING INC., and | ) |
| DERICK W. HARDISTY, | ) |
|  | ) |
|      Defendants. | ) |

**TO DEFENDANT:**     **R&S Devore Trucking Inc.**
                              **c/o Highest Ranking Officer**
                              **205 N. First Street**
                              **Easton, IL 62633**

      You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      *If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317-269-2222), or the Marion County Bar Association Lawyer Referral Service (317-634-3950).

Dated  <u>3/4/2019</u>

                            *Olivia Pratt*

          MJS Clerk, Madison Superior Court

      **(The following manner of service of summons is hereby designated**
<u>X</u>   Registered or certified mail.

Jason A. Shartzer, #23989-49                   156 E. Market Street, Suite 10
SHARTZER LAW FIRM, LLC                   Indianapolis, IN  46204
Counsel for Plaintiff                           (317) 969-7600    (317) 969-7

*MADISON COUNTY CLERK*

**SEAL**

*ANDERSON, INDIANA*

### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ____ day of _____, 20__.

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

(2)    By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks:_____.

_____

Sheriff's Costs

_____

Sheriff, Madison County

By:_____
            Deputy

### *CERTIFICATE OF MAILING*

I hereby certify that on the ____ day of _____, 20__, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:_____

_____

Signature

_____

Printed Name

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ___ day of _____, 20___.

_____

Signature

_____

Printed Name

48C04-1903-CT-000032

Filed: 3/4/2019 1:32 PM
Clerk
Madison County, Indiana

Madison Circuit Court 4

# S U M M O N S

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MADISON COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MADISON | ) | CAUSE NO.: |

| | |
|---|---|
| TODD W. HALEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| R&S DEVORE TRUCKING INC., | ) |
| RISING STAR LEASING INC., and | ) |
| DERICK W. HARDISTY, | ) |
| | ) |
| Defendants. | ) |

**TO DEFENDANT:**  **Rising Star Leasing Inc.**
**c/o Highest Ranking Officer**
**3370 Singer Avenue**
**Springfield, IL 62703**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

*If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317-269-2222), or the Marion County Bar Association Lawyer Referral Service (317-634-3950).

Dated  3/4/2019

_Olivia Pratt_
Clerk, Madison Superior Court MJS

**(The following manner of service of summons is hereby designated**
 X  Registered or certified mail.

Jason A. Shartzer, #23989-49
SHARTZER LAW FIRM, LLC
Counsel for Plaintiff

156 E. Market Street, Suite 10
Indianapolis, IN  46204
(317) 969-7600   (317) 969-7

MADISON COUNTY CLERK
SEAL
ANDERSON, INDIANA

### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ____ day of _____, 20___.

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

(2) By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks:_____.

_____

Sheriff's Costs

_____

Sheriff, Madison County

By:_____
    Deputy

### *CERTIFICATE OF MAILING*

I hereby certify that on the ____ day of _____, 20___, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:_____

_____
Signature

_____
Printed Name

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ___ day of _____, 20___.

_____
Signature

_____
Printed Name

**Filed: 3/14/2019 2:02 PM**
**Madison County Circuit Court 4**
**Madison County, Indiana**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R&S Devore Trucking, Inc.
c/o Highest Ranking Officer
205 N. First Street
Easton, IL 62633

9590 9402 3415 7227 3137 81

2. Article Number (Transfer from service label)

7017 0660 0000 5789 3100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Stephanie DeVore_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Stephanie DeVore   3-7-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$ 6.95

Sent To  R&S Devore Trucking, Inc.
Street and Apt. No., or PO Box No.  205 N. First Street
City, State, ZIP+4®  Easton, IL 62633

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 0660 0000 5789 3100

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rising Star Leasing, Inc.
c/o Highest Ranking Officer
3370 Singer Avenue
Springfield, IL 62703

9590 9402 3415 7227 3137 74

2. Article Number (Transfer from service label)

7017 0660 0000 5789 3117

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Deliver

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



7017 0660 0000 5789 3117

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$ 6.95
Sent To
Rising Star Leasing, Inc.
Street and Apt. No., or PO Box No.
3370 Singer Ave
City, State, ZIP+4®
Springfield, IL 62703

PS Form 3860, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

Filed: 3/20/2019 1:31 PM
Madison County Circuit Court 4
Madison County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MADISON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MADISON | ) | CAUSE NO.: 48C04-1903-CT-32 |

TODD W. HALEY,                               )
                                                          )
                    Plaintiff,                        )
                                                          )
          vs.                                           )
                                                          )
R&S DEVORE TRUCKING INC.,       )
RISING STAR LEASING INC. and     )
DERICK W. HARDISTY,                   )
                                                          )
                    Defendants.                   )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:        **Defendants**

    1.        The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):
        **R&S Devore Trucking, Inc. and Derick W. Hardisty**

    2.        Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Christopher R. Whitten, Attorney No.  20429-49
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
(317) 362-0225 Telephone
(317) 362-0151 Facsimile
cwhitten@indycounsel.com

Lia M. Gucciardi Bowers, Attorney No.  27556-64
WHITTEN LAW OFFICE
450 Vale Park Rd, Suite D
Valparaiso, IN 46385
PH:   219-531-6719
Fax:  219-531-6471
lbowers@indycounsel.com

    3.        There are other party members:  No.

4.   If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  N/A.

5.   I will accept service by FAX at the above noted number:  No.

6.   This case involves support issues.  No.  (If yes, supply social security number for all family members).

7.   There are related cases:  No.

8.   This form has been scrvcd on all other parties.  Certificate of Service is attached:  Yes.

9.   Additional information required by local rule:  N/A.

Respectfully submitted,

WHITTEN LAW OFFICE

Christopher R. Whitten/20429-49

Lia M. Gucciardi Bowers/27556-64
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 20, 2019, I electronically served the foregoing to the following participants:

Jason A. Shartzer, Esq.
SHARTZER LAW FIRM, LLC
156 E Market St
10th Floor, Suite 1000
Indianapolis, IN 46204
jshartzer@shartzerlaw.com

Christopher R. Whitten
Lia M. Gucciardi Bowers

Christopher R. Whitten, Esq.
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:    317-362-0225
Fax:   317-362-0151
cwhitten@indycounsel.com

Lia M. Gucciardi Bowers, Esq.
WHITTEN LAW OFFICE
450 Vale Park Rd, Suite D
Valparaiso, IN 46385
PH:    219-531-6719
Fax:   219-531-6471
lbowers@indycounsel.com

3

Filed: 3/20/2019 1:31 PM
Madison County Circuit Court 4
Madison County, Indiana

STATE OF INDIANA        )
                        )  SS:
COUNTY OF MADISON        )

MADISON CIRCUIT COURT

CAUSE NO.: 48C04-1903-CT-32

TODD W. HALEY,                     )
                                   )
            Plaintiff,             )
                                   )
     vs.                           )
                                   )
R&S DEVORE TRUCKING INC.,          )
RISING STAR LEASING INC. and       )
DERICK W. HARDISTY,                )
                                   )
            Defendants.            )

## <u>**MOTION FOR ENLARGEMENT OF TIME**</u>

Defendants, R&S Devore Trucking, Inc. and Derick W. Hardisty ("Defendants"), by counsel, respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Todd W. Haley, and in support thereof, state as follows:

1.     On or about March 7, 2019, Defendant, R&S Devore Trucking, Inc., was served with a copy of the Summons and Complaint via certified mail.

2.     On or about March 8, 2019, Defendant, Rising Star, Leasing, Inc., was served with a copy of the Summons and Complaint via certified mail.

3.     According to the Court's online docket, Defendant, Derick W. Hardisty, has not yet been served with a copy of the Summons and Complaint via certified mail.

4.     The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

5.    Counsel for Defendants requires additional time to confer with his clients and to prepare an appropriate response to the Complaint.

6.    No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, R&S Devore Trucking, Inc. and Derick W. Hardisty, by counsel, respectfully request the Court for an enlargement of time of 30 days up to and including April 29, 2019, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE

Christopher R. Whitten/20429-49

Lia M. Gucciardi Bowers/27556-64
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on March 20, 2019, I electronically served the foregoing to the following participants:

Jason A. Shartzer, Esq.
SHARTZER LAW FIRM, LLC
156 E Market St
10th Floor, Suite 1000
Indianapolis, IN 46204
jshartzer@shartzerlaw.com

_____
Christopher R. Whitten
Lia M. Gucciardi Bowers

Christopher R. Whitten, Esq.
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:    317-362-0225
Fax:   317-362-0151
cwhitten@indycounsel.com

Lia M. Gucciardi Bowers, Esq.
WHITTEN LAW OFFICE
450 Vale Park Rd, Suite D
Valparaiso, IN 46385
PH:    219-531-6719
Fax:   219-531-6471
lbowers@indycounsel.com

3

| STATE OF INDIANA | ) | | MADISON CIRCUIT COURT |
| | ) | SS: | |
| COUNTY OF MADISON | ) | | CAUSE NO.: 48C04-1903-CT-32 |

TODD W. HALEY,                        )
                                     )
                Plaintiff,            )
                                     )
        vs.                          )
                                     )
R&S DEVORE TRUCKING INC.,            )
RISING STAR LEASING INC. and         )
DERICK W. HARDISTY,                  )
                                     )
                Defendants.          )

## ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint.  The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants, R&S Devore Trucking, Inc. and Derick W. Hardisty, shall have up to and including April 29, 2019, in which to respond to Plaintiff's Complaint.

Date: **March 20, 2019**

_____
Judge, Madison Circuit Court

Copies to:
Jason A. Shartzer, Esq.
SHARTZER LAW FIRM, LLC
156 E Market St
10th Floor, Suite 1000
Indianapolis, IN 46204
jshartzcr@shartzcrlaw.com

Christopher R. Whitten, Esq.
Lia M. Gucciardi Bowers, Esq.
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
cwhitten@indycounsel.com
lbowers@indycounsel.com

Filed: 3/25/2019 9:57 AM
Madison County Circuit Court 4
Madison County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | )  SS: | MADISON CIRCUIT COURT |
| COUNTY OF MADISON | ) | CAUSE NO.: 48C04-1903-CT-32 |

TODD W. HALEY,                          )
                                                        )
           Plaintiff,                        )
                                                        )
    vs.                                          )
                                                        )
R&S DEVORE TRUCKING INC.,      )
RISING STAR LEASING INC. and   )
DERICK W. HARDISTY,               )
                                                        )
           Defendants.                   )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   **Defendant**

    1.   The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

                   **Rising Star Leasing, Inc.**

    2.   Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Christopher R. Whitten, Attorney No.  20429-49
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
(317) 362-0225 Telephone
(317) 362-0151 Facsimile
cwhitten@indycounsel.com

Lia M. Gucciardi Bowers, Attorney No.  27556-64
WHITTEN LAW OFFICE
450 Vale Park Rd, Suite D
Valparaiso, IN 46385
PH:   219-531-6719
Fax:   219-531-6471
lbowers@indycounsel.com

    3.   There are other party members:  No.

4.     If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  N/A.

5.     I will accept service by FAX at the above noted number:  No.

6.     This case involves support issues.  No.  (If yes, supply social security number for all family members).

7.     There are related cases:  No.

8.     This form has been served on all other parties.  Certificate of Service is attached:  Yes.

9.     Additional information required by local rule:  N/A.

Respectfully submitted,

WHITTEN LAW OFFICE

Christopher R. Whitten/20429-49

Lia M. Gucciardi Bowers/27556-64
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on March 25, 2019, I electronically served the foregoing to the following participants:

Jason A. Shartzer, Esq.
SHARTZER LAW FIRM, LLC
156 E Market St
10th Floor, Suite 1000
Indianapolis, IN 46204
jshartzer@shartzerlaw.com

_____
Christopher R. Whitten
Lia M. Gucciardi Bowers

Christopher R. Whitten, Esq.
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com

Lia M. Gucciardi Bowers, Esq.
WHITTEN LAW OFFICE
450 Vale Park Rd, Suite D
Valparaiso, IN 46385
PH:   219-531-6719
Fax:  219-531-6471
lbowers@indycounsel.com

3

Filed: 3/25/2019 9:57 AM
Madison County Circuit Court 4
Madison County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MADISON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MADISON | ) | CAUSE NO.: 48C04-1903-CT-32 |

TODD W. HALEY,                       )
                                     )
                Plaintiff,           )
                                     )
        vs.                          )
                                     )
R&S DEVORE TRUCKING INC.,            )
RISING STAR LEASING INC. and         )
DERICK W. HARDISTY,                  )
                                     )
                Defendants.          )

## <u>MOTION FOR ENLARGEMENT OF TIME</u>

Defendant, Rising Star Leasing, Inc. ("Defendant"), by counsel, respectfully requests the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Todd W. Haley, and in support thereof, state as follows:

1.      On or about March 8, 2019, Defendant, Rising Star, Leasing, Inc., was served with a copy of the Summons and Complaint via certified mail.

2.      According to the Court's online docket, Defendant, Derick W. Hardisty, has not yet been served with a copy of the Summons and Complaint via certified mail.

3.      The time for Defendant to respond to Plaintiff's Complaint has not yet expired.

4.      Counsel for Defendant requires additional time to confer with his client and to prepare an appropriate response to the Complaint.

5.      No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendant, Rising Star Leasing, Inc., by counsel, respectfully requests the Court for an enlargement of time of 30 days up to and including April 29, 2019, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE

Christopher R. Whitten/20429-49

Lia M. Gucciardi Bowers/27556-64
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on March 25, 2019, I electronically served the foregoing to the following participants:

Jason A. Shartzer, Esq.
SHARTZER LAW FIRM, LLC
156 E Market St
10th Floor, Suite 1000
Indianapolis, IN 46204
jshartzer@shartzerlaw.com

Christopher R. Whitten
Lia M. Gucciardi Bowers

Christopher R. Whitten, Esq.
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:   317-362-0151
cwhitten@indycounsel.com

Lia M. Gucciardi Bowers, Esq.
WHITTEN LAW OFFICE
450 Vale Park Rd, Suite D
Valparaiso, IN 46385
PH:   219-531-6719
Fax:   219-531-6471
lbowers@indycounsel.com

3

STATE OF INDIANA )
                   ) SS:  MADISON CIRCUIT COURT
COUNTY OF MADISON )
                           CAUSE NO.: 48C04-1903-CT-32

TODD W. HALEY, )
                     )
          Plaintiff, )
                     )
     vs. )
                     )
R&S DEVORE TRUCKING INC., )
RISING STAR LEASING INC. and )
DERICK W. HARDISTY, )
                     )
          Defendants. )

## ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendant's Motion for Enlargement of Time to Answer Complaint. The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendant, Rising Star Leasing, Inc., shall have up to and including April 29, 2019, in which to respond to Plaintiff's Complaint.

Date: **April 1, 2019**

_____
Judge, Madison Circuit Court

*SEAL*

Copies to:
Jason A. Shartzer, Esq.
SHARTZER LAW FIRM, LLC
156 E Market St
10th Floor, Suite 1000
Indianapolis, IN 46204
jshartzer@shartzerlaw.com

Christopher R. Whitten, Esq.
Lia M. Gucciardi Bowers, Esq.
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
cwhitten@indycounsel.com
lbowers@indycounsel.com

Filed: 4/11/2019 1:57 PM
Madison County Circuit Court 4
Madison County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MADISON COUNTY SUPERIOR COURT |
| COUNTY OF MADISON | ) | |
| | ) SS: | CIVIL DIVISION |
| | ) | CAUSE NO.: 48C04-1903-CT-000032 |

TODD W. HALEY,                                      )
                                                              )
            Plaintiff,                                     )
                                                              )
    v.                                                       )
                                                              )
R&S DEVORE TRUCKING INC.,                )
RISING STAR LEASING INC., and          )
DERICK W. HARDISTY,                            )
                                                              )
            Defendants.                                 )

## STIPULATION OF PARTIAL DISMISSAL

The parties, by their respective counsel and pursuant to IND. TRIAL RULE 41(A)(1)(B), stipulate to the dismissal of this action against Defendant, Rising Star Leasing, Inc., **ONLY**, without prejudice. All claims against the Defendants, R&S Devore Trucking, Inc. and Derick W. Hardisty, shall remain unaffected by this Stipulation.

Respectfully submitted,

*/s/ Jason A. Shartzer*
Jason A. Shartzer (23989-49)
SHARTZER LAW FIRM LLC
jshartzer@shartzerlaw.com

*/s/ Christopher R. Whitten*
Christopher R. Whitten (20429-49)
WHITTEN LAW OFFICE
cwhitten@indycounsel.com

*Attorney for Plaintiff*

*Attorney for Defendants*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MADISON COUNTY SUPERIOR COURT |
| COUNTY OF MADISON | ) | |
| | ) SS: | CIVIL DIVISION |
| | ) | CAUSE NO.: 48C04-1903-CT-000032 |

TODD W. HALEY,                        )
                                      )
      Plaintiff,                  )
                                      )
v.                                    )
                                      )
R&S DEVORE TRUCKING INC.,             )
RISING STAR LEASING INC., and         )
DERICK W. HARDISTY,                   )
                                      )
      Defendants.                 )

## ORDER OF PARTIAL DISMISSAL

     This matter comes before the Court on the parties' Stipulation that the Defendant, Rising Star Leasing, Inc., be dismissed without prejudice. The Court being duly advised, now orders that the Defendant, Rising Star Leasing, Inc., and all claims against Defendant Rising Star Leasing, Inc., be dismissed without prejudice. The plaintiff's claims against the other Defendants shall remain pending and unaffected by this Stipulation.

     IT IS SO ORDERED.

Dated: **April 12, 2019**

_____
Judge, Madison Superior Court

Distribution:

All counsel of record