UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TODD W. HALEY, </br></br> Plaintiff, </br></br> v. </br></br> R&S DEVORE TRUCKING, INC., </br> and DERICK W. HARDISTY, </br></br> Defendants. | Case No.: 1:19-cv-1776-JRS-TAB |

**ORDER OF DISMISSAL**

Upon the parties' Stipulation of Dismissal, it is ordered that the above-entitled cause be **DISMISSED**, with prejudice, costs paid.

Date: 12/31/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jason J. Hoy
Christopher R. Whitten
WHITTEN LAW OFFICE
jhoy@indycounsel.com
cwhitten@indycounsel.com

Jason Shartzer
SHARTZER LAW FIRM
jshartzer@shartzerlaw.com